

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2016

No. 04-16-00040-CV

Donald E. **GHIDONI**,
Appellant

v.

Harry **SKEINS**, Jr., Paula K. Williamson and Skeins & Williamson, P.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10318
Honorable Peter Sakai, Judge Presiding

# O R D E R

Appellees' second motion for extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court